# EXHIBIT A



Article: Y0729A   W/W
Colour: FH
Roll no.: 37086529
Width: 143cm(±5%)   Colour No.: R0007574[A]
Dyelot: G121221115   Designer: *N
Comp: N99.4/C0.4/R0.2