# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-967-084

**Effective Date of Registration:**
August 19, 2015

## Title
      **Title of Work:** Pattern Y0729

## Completion/Publication
      **Year of Completion:** 2012
      **Date of 1st Publication:** November 13, 2012
      **Nation of 1st Publication:** China

## Author

-       **Author:** TIANHAI LACE CO.,LTD.
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** China
      **Domiciled in:** China

-       **Author:** TIANHAI LACE (GUANGDONG) LTD.
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** China
      **Domiciled in:** China

-       **Author:** TIANHAI LACE USA INC
      **Author Created:** 2-D artwork
      **Work made for hire:** Yes
      **Citizen of:** United States
      **Domiciled in:** United States

## Copyright Claimant

      **Copyright Claimant:** TIANHAI LACE CO.,LTD.
      Room 1120, No.9, Lin He Xi Road, Tianhe, Guangzhou, China

      **Copyright Claimant:** TIANHAI LACE (GUANGDONG) LTD.
      No.213, Lian Guang Rd, Eastern Section, Economic and Technological Development District, Guangzhou, China

      **Copyright Claimant:** TIANHAI LACE USA INC

152 Madison Avenue #1103, New York, NY, 10016

## Certification

**Name:** Ningyi Shen
**Date:** August 19, 2015

