# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-962-430**

**Effective Date of Registration:**
July 13, 2015

## Title

**Title of Work:** Pattern XD081

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 17, 2014
**Nation of 1st Publication:** China

## Author

- **Author:** TIANHAI LACE CO.,LTD.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China
  **Anonymous:** Yes

- **Author:** TIANHAI LACE (GUANGDONG) LTD.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China
  **Anonymous:** Yes

- **Author:** TIANHAI LACE USA INC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** TIANHAI LACE CO.,LTD.
Room 1120, No.9, Lin He Xi Road, Tianhe, Guangzhou, China

**Copyright Claimant:** TIANHAI LACE (GUANGDONG) LTD.
No.213, Lian Guang Rd, Eastern Section, Economic and Technological Development District, Guangzhou, China