# EXHIBIT G



Article: YV450C  W/X
Colour: NO
Roll no.: 16311431
Width: 136.7cm(±5%)   Colour No.: YY000297[A]
Dyelot: G0W0375116   Designer: *N
Comp.: C78.5/N21.5
TIANHAI LACE
TEL: 86-20-62813000   FAX: 86-20-62813300