# EXHIBIT H

# 作品登记证书

No. 00116817

登 记 号：国作登字-2014-F-00116817

作品名称：TIANHAI LACE- HY303M/ MF091C/ MF618T/ MP300M/ N2374A/ P1373A/ S6834M/ VP660M/ VQ611Q/ W1A01A/ YD155C/ YK375C/ YV450C 系列

作品类别：美术作品

作　　者：广州市天海花边有限公司

著作权人：广州市天海花边有限公司

创作完成时间：2013年07月19日

首次发表时间：2013年07月20日

以上事项，由广州市天海花边有限公司申请，经中国版权保护中心审核，根据《作品自愿登记试行办法》规定，予以登记。

登记日期：2014年01月02日

登记机构签章