# EXHIBIT I



Article: A0342M  W/C
Colour: SLC
Roll no.: 37112170
Width: 132cm(±5%)  Colour No: LJ000200[A]
Dyelot: G130916082  Designer: *0N
Comp.: N51/R49
TIANHAI LACE
TEL: 86-20-62813000  FAX: 86-20-62813300