# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-791-176**

Effective date of registration:

September 7, 2011

## Title

Title of Work: Pattern A0342

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: May 26, 2009     Nation of 1st Publication: China

## Author

- Author: TIANHAI LACE CO.,LTD.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: China     Domiciled in: China
  Anonymous: Yes

- Author: TIANHAI LACE (GUANGDONG) LTD.
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: China     Domiciled in: China
  Anonymous: Yes

- Author: TIANHAI LACE USA INC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States     Domiciled in: United States
  Anonymous: Yes

## Copyright claimant

Copyright Claimant: TIANHAI LACE CO.,LTD.
Room 1120, No.9, Lin He Xi Road, Tianhe, Guangzhou, China

Page 1 of 2

| | |
|---|---|
| Copyright Claimant: | TIANHAI LACE (GUANGDONG) LTD. |
| | No.213, Lian Guang Rd, Eastern Section, Economic and Technological Development District, Guangzhou, China |
| Copyright Claimant: | TIANHAI LACE USA INC |
| | 152 Madison Avenue #1103, New York, NY, 10016, United States |

**Certification**

| | |
|---|---|
| Name: | Ningyi Shen |
| Date: | September 6, 2011 |

