# EXHIBIT K



Article: XD810Q   W/C
Colour: FENM
Roll no.: 16386369
Width: 144.5cm(±5%)   Colour No.: RR004127[A]
Dyelot: G140208001   Designer: *N
Comp.: C45.6/N25.7/R21.3/P7.4
TIANHAI LACE
TEL: 86-20-62813000   FAX: 86-20-62813300