# EXHIBIT L

<a>

# 作品登记证书

No. 00201130

登 记 号：国作登字-2015-F-00201129

作品名称：TIANHAI LACE- XD374M/ XD810Q/ XG002C/ XQ300M/ XX231M/ XY076A/ Y0453A/ YD375C/ YD705Q/ YQ940Q/ YVA47N/ Z6237A 系列

作品类别：美术作品

作　　者：广州市天海花边有限公司

著作权人：广州市天海花边有限公司

创作完成时间：2014年01月15日

首次发表时间：2014年01月16日

　　以上事项，由广州市天海花边有限公司申请，经中国版权保护中心审核，根据《作品自愿登记试行办法》规定，予以登记。

登记日期：2015年06月02日

登记机构签章

