# EXHIBIT N

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-010-599

**Effective Date of Registration:**
June 30, 2016

---

## Title

**Title of Work:**   Pattern XZ001

---

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   March 20, 2014
**Nation of 1st Publication:**   China

---

## Author

- **Author:**   TIANHAI LACE CO.,LTD.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   China
  **Domiciled in:**   China

- **Author:**   TIANHAI LACE (GUANGDONG) LTD.
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   China
  **Domiciled in:**   China

- **Author:**   TIANHAI LACE USA INC
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

---

## Copyright Claimant

**Copyright Claimant:**   TIANHAI LACE CO.,LTD.
Room 1120, No.9, Lin He Xi Road, Tianhe, Guangzhou, China

**Copyright Claimant:**   TIANHAI LACE (GUANGDONG) LTD.
No.213, Lian Guang Rd, Eastern Section, Economic and Technological
Development District, Guangzhou, China

**Copyright Claimant:**   TIANHAI LACE USA INC

152 Madison Avenue #1103, New York, NY, 10016, United States

## Certification

**Name:** Ningyi Shen
**Date:** June 30, 2016