# EXHIBIT Q

