# EXHIBIT U

