PHILIP L. HIRSCHHORN
BUCHANAN INGERSOLL & ROONEY PC
640 Fifth Avenue, 9th Floor
New York, New York 10019
Phone: (212) 440-4470
*Attorneys for Defendant Lord & Taylor LLC.*

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 1/15/19 |

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC.,
*a New York corporation,*
                              *Plaintiff,*

        v.

LORD & TAYLOR LLC, a Delaware corporation,
G-III LEATHER FASHIONS, INC., a Delaware
corporation, DONNA KARAN INTERNATIONAL
INC., a Delaware corporation, and DOES 1-10,

                *Defendants.*

Civil Action No. 1:18-cv-6616

**JURY TRIAL DEMANDED**

## STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tianhai Lace USA, Inc. ("Tianhai") and Defendants Lord & Taylor LLC ("L&T"), G-III Leather Fashions, Inc. ("G-III Leather"), and Donna Karan International Inc. ("DKI"), through their respective counsel, that the time for L&T to answer or otherwise move in response to the First Amended Complaint shall be extended to the deadline for Defendant G-III Leather to answer or otherwise move in response to service of the First Amended Complaint.  The current deadline for L&T to answer or otherwise respond to the First Amended Complaint is January 14, 2019.

IT IS FURTHER HEREBY STIPULATED AND AGREED that Defendant DKI and G-III Apparel Group, Ltd. ("G-III Apparel") are dismissed without prejudice and without costs to the parties to this action.  Accordingly, the parties request that the caption in this action be amended to reflect the dismissals and be revised to "Tianhai Lace USA, Inc. v. Lord & Taylor LLC and G-III Leather Fashions, Inc.".

Dated: January 14, 2019

**LEASON ELLIS LLP**

By: _____

    CAMERON S. REUBER
    PETER T BUSCH
    One Barker Avenue, Fifth Floor
    White Plains, NY 10601
    Tel: (914) 288-0022
    Fax: (914) 288-0023
    Email: Reuber@leasonellis.com
    Email: Busch@leasonellis.com

    *Attorneys for Plaintiff*

**BUCHANAN INGERSOLL & ROONEY PC**

By: _____

    PHILIP L. HIRSCHHORN
    640 Fifth Avenue, 9th Floor
    New York, New York 10019
    Tel: (212) 440-4470
    Fax: (212) 440-4401
    Email: Philip.hirschhorn@bipc.com

    LAURA K. PITTS
    1737 King St., Ste. 500
    Alexandria, VA 22314
    Tel: (703) 836-6620
    Fax: (703) 836-2021
    Email: laura.pitts@bipc.com

    *Attorneys for Defendants*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/15/19
New York, New York