## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

TIANHAI LACE USA, INC.,
*a New York corporation,*

                    *Plaintiff,*

        v.

LORD & TAYLOR LLC, *a Delaware corporation,* G-III LEATHER FASHIONS, INC., *a Delaware corporation*, and DOES 1-10,

                    *Defendants.*

Civil Action No. 1:18-cv-06616

ECF Case

**JURY TRIAL DEMANDED**

### NOTICE OF VOLUNTARY DISMISSAL

NOTICE is hereby given that Plaintiff Tianhai Lace USA Inc., through its undersigned attorneys, hereby dismisses, without prejudice, the above action under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure against Defendant Lord & Taylor LLC, Defendant G-III Leather Fashions Inc., and Defendant DOES 1-10.

Dated:  March 4, 2019
            White Plains, New York

Respectfully Submitted,

Cameron S. Reuber
Peter T Busch
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Email: Reuber@leasonellis.com
Email: Busch@leasonellis.com

*Attorneys for Plaintiff*